WILLIAM A. BAUDLER (Minnesota Bar No. 5381)
KENNETH KO (California Bar No. 66457)
AMY L. BERBOWER (California Bar No. 197533)
National Labor Relations Board
1301 Clay Street, Suite 300N
Oakland, California 94612-5211
Telephone: (510) 637-3321

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN B. REICHARD, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board<br><br>Petitioner,<br><br>v.<br><br>FOSTER POULTRY FARMS<br><br>Respondent | Civil No. 1:06-CV-238 OWW LJO<br><br>ORDER GRANTING PETITIONER'S APPLICATION TO SHORTEN TIME [PROPOSED]<br><br>Hearing Date:<br>Hearing Time: |

## ORDER

On March 1, 2006, Petitioner filed an Application to Shorten Time and Related Stipulation for the hearing on the Petition for Temporary Injunction under Section 10(j) of the National Labor Relations Act, as Amended. The application requested that the hearing on this matter be set on March 22, 2006, or as soon as possible thereafter at a time convenient to the Court.

PDF created with pdfFactory trial version www.pdffactory.com

After full consideration of Petitioner's Application to Shorten Time and Related Stipulation, the Application is GRANTED.

The hearing in this matter is hereby set for the _22ND_ day of _March, 2006 at 10:00 a.m.

Respondent's Answer and Reply to the Petition shall be duly filed with Court by no later than the _15th_ day of __March____, 2006.

Petitioner's Response to the Respondent's Answer shall be duly filed with the Court by no later than the _17th day of __March_____, 2006.

IT IS SO ORDERED:

_/s/ OLIVER W. WANGER_____
UNITED STATES DISTRICT JUDGE

___March 2, 2006____
DATED

**Page 2**

**ORDER GRANTING PETITIONER'S APPLICATION TO SHORTEN TIME [PROPOSED]**

PDF created with pdfFactory trial version www.pdffactory.com