STEVEN R. FELDSTEIN (Bar No. 59354)
BROOKE D. ANDRICH (Bar No. 238836)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: +1.650.324.7000
Facsimile: +1.650.324.0638

Attorneys for Respondent
FOSTER POULTRY FARMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN B. REICHARD, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>                                    Petitioner,<br><br>        v.<br><br>FOSTER POULTRY FARMS,<br><br>                                    Respondent. | Case No.: 06-CV-00238-OWW-LJO<br><br>The Honorable Oliver W. Wanger<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION TO EXTEND PAGE LIMITATION** |

### <u>ORDER</u>

On March 8, 2006, Respondent filed an Application to Extend Page Limitation. The application requested that the Court grant leave for the Respondent's memorandum of law in opposition to Petitioner's Petition for Temporary Injunction under Section 10(j) of the National Labor Relations Act to exceed twenty-five pages.

1

ORDER GRANTING RESPONDENT'S APPLICATION TO EXTEND PAGE LIMITATION [PROPOSED]

PDF created with pdfFactory trial version www.pdffactory.com

After full consideration of Respondent's Application to Extend Page Limitation, the Application is GRANTED.

Respondent's memorandum of law in opposition to Petitioner's Petition for Temporary Injunction under Section 10(j) of the National Labor Relations Act shall not exceed _40__ pages.


Dated:  March 10, 2006


IT IS SO ORDERED:

/s/ OLIVER W. WANGER_____
UNITED STATES DISTRICT JUDGE


_____
DATED

ORDER GRANTING RESPONDENT'S APPLICATION TO EXTEND PAGE LIMITATION [PROPOSED]

PDF created with pdfFactory trial version www.pdffactory.com