1 STEVEN R. FELDSTEIN (Bar No. 59354)
2 BROOKE D. ANDRICH (Bar No. 238836)
HELLER EHRMAN LLP
3 275 Middlefield Road
Menlo Park, CA  94025-3506
4 Telephone: +1.650.324.7000
5 Facsimile: +1.650.324.0638

6 Attorneys for Respondent
FOSTER POULTRY FARMS
7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10
ALAN B. REICHARD, Regional Director of the
11 Thirty-Second Region of the National Labor
Relations Board, for and on behalf of the          Case No. 1:06-CV-00238-OWW-LJO
12 National Labor Relations Board,
13                                                   The Honorable Oliver W. Wanger
                              Petitioner,
14
15          v.                                       **ORDER SHORTENING TIME**
16 FOSTER POULTRY FARMS,
17                              Respondent.
18
19
20
21
22
23
24
25
26
27
28
                                  1
                  ORDER SHORTENING TIME [PROPOSED]
                    Case No. 1:06-CV-00238-OWW-LJO

PDF created with pdfFactory trial version www.pdffactory.com

1   Having considered Respondent Foster Poultry Farms' Application for Order

2   Shortening Time and Related Stipulation and documents filed in support thereof, and good

3   cause appearing, the Court HEREBY ORDERS that Respondent's application is

4   GRANTED.

5   The parties have agreed to waive oral argument on Respondent's Motion for Stay

6   and the Motion will be deemed submitted upon the filing of Respondent's Reply in support

7   of the Motion.

8   The return date for Respondent's Motion is hereby set for the _____ day of

9   _____, 2006.

10   Petitioner's Opposition to the Motion, if any, shall be duly filed with the Court by no

11   later than the __19TH___ day of __April_____, 2006.

12   Respondent's Reply to Petitioner's Opposition to the Motion, if any, shall be duly

13   filed with the Court by no later than the _21st____ day of __April, 2006.

14

15                    IT IS SO ORDERED:

16

17                    _/s/ OLIVER W. WANGER_____
                      UNITED STATES DISTRICT JUDGE

18

19                    _April 17, 2006_____
                      DATED

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com