1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                      EASTERN DISTRICT OF CALIFORNIA

8

9  ALAN B. REICHARD,                )      1:06-cv-0238 OWW LJO
                                     )
10             Plaintiff,            )      ORDER
                                     )
11      v.                           )
                                     )
12 FOSTER POULTRY FARMS,             )
                                     )
13             Defendant.            )
                                     )
14 _____ )

15

16      An informal request has been made by Petitioner to modify

17 the terms of the injunction regarding providing translations of

18 the injunction and decision.

19      For the reasons stated in the informal opposition of

20 Respondent, Foster Poultry Farms, dated May 22, 2006,

21 Petitioner's request is denied.  It is Petitioner who requested

22 the provisions for translation and posting of both the injunction

23 order and the memorandum decision.  Good cause has not been shown

24 for modifying the order.

25

26 IT IS SO ORDERED.

27 **Dated:   May 26, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                          UNITED STATES DISTRICT JUDGE
28

                                   1